Matter of Aron Law PLLC v New York City Police Dept. (2023 NY Slip Op 03540)

Matter of Aron Law PLLC v New York City Police Dept.

2023 NY Slip Op 03540

Decided on June 29, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 29, 2023

Before: Kapnick, J.P., Gesmer, González, Higgitt, JJ.

Index No. 158164/21 Appeal No. 568 Case No. 2022-04815 

[*1]In the Matter of Aron Law PLLC, Petitioner-Appellant,
v
New York City Police Department, Respondent-Respondent.

Aron Law, PLLC, Brooklyn (Joseph H. Aron of counsel), for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Kevin Osowski of counsel), for respondent.

Order and judgment (one paper), Supreme Court, New York County (William Perry, J.), entered September 12, 2022, which, to the extent appealed from as limited by the briefs, denied the petition brought pursuant to CPLR article 78, to the extent it sought a recovery of attorney's fees and costs, unanimously affirmed, without costs.
Supreme Court properly denied petitioner's request for costs and attorney's fees. Petitioner failed to establish that respondent had no reasonable basis for denying access to the requested records (see Public Officers Law §§ 87[2][e][i], 89[4][c][ii]; Matter of Lesher v Hynes, 19 NY3d 57, 67 [2012]; Matter of Loevy & Loevy v New York City
Police Dept., 139 AD3d 598, 599 [1st Dept 2016]).
We have considered petitioner's remaining arguments and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 29, 2023